## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esq., hereby certify that on the 19th day of September, 2005, I caused a true and correct copy of the **Stipulation of Voluntary Dismissal**, to be served upon the parties listed below in the manner indicated.

**VIA HAND DELIVERY**

LOIZIDES & ASSOCIATES
Christopher Loizides
Legal Arts Building
1225 King Street, Suite 800
Wilmington, DE 19801

_____
Mary E. Augustine (No. 4477)

600477v1